COURT OF APPEALS













COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL PASO, TEXAS

 

BAKER HUGHES INTEQ,                                  )

                                                                              )               No.  08-04-00240-CV

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )               
109th District Court

LOTUS, L.L.C.,                                                    )

                                                                              )         
of Andrews County, Texas

Appellee.                           )

                                                                              )                    (TC# 15,749)

                                                                              )

 

 

O
P I N I O N

 

Pending before the
Court is a joint motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(2).  The parties represent to the Court that all
matters in controversy in the underlying lawsuit have been settled by agreement
between the parties.  The parties request
that this appeal be dismissed and that the costs be assessed against the party
incurring same.  See Tex.R.App.P. 42.1(d).  The Court concludes that the motion should be
granted.  Therefore, we dismiss the
appeal with costs taxed against the party incurring same.

 

 

 

 

August
4, 2006

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.